| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY KINDER, on behalf of herself and all others similarly situated, | No. C-05-3273 (MHP) |
| Plaintiff, | [PROPOSED] ORDER TO ENLARGE DEFENDANT'S RESPONSE DATE |
| v. | |
| INTEL CORPORATION, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

DATED: October __, 2005

_____
Honorable [Judge Marilyn H. Patel]

Case No. C-05-3273 (MHP)

[PROPOSED] ORDER TO ENLARGE DEFENDANT'S RESPONSE DATE

SF/21638367.1